RACHEL C. HERNANDEZ
Acting United States Attorney
District of Arizona
GLENN B. McCORMICK
Assistant United States Attorney
Arizona State Bar No. 013328
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: glenn.mccormick@usdoj.gov
Attorneys for Plaintiff

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 2 6 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

5:25-mj-48

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>David Andrew Combe,<br><br>Defendants. | No. CR-25-00301-PHX-SHD (DMF)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. § 1038(a)(1)<br>(False Information and Hoaxes)<br>Count 1<br><br>18 U.S.C. § 871<br>(Threats Against the President)<br>Count 2<br><br>18 U.S.C. § 871<br>(Threats Against the President)<br>Count 3 |

**THE GRAND JURY CHARGES:**

**COUNT 1**

On and between September 8, 2020, and September 14, 2020, in the District of Arizona and elsewhere, the defendant, DAVID ANDREW COMBE, did intentionally convey false and misleading information to wit: a letter addressed to the President of the United States containing an inert white powder that stated in part, "PS: enjoy the anthrax in the envelope!!" with a name and return address associated with a third person, under circumstances where such information may reasonably have been believed, and that indicated an activity was taking place, that would constitute a violation of Title 18 U.S.C.

§ 175(a), specifically, knowingly developing, producing, stockpiling, transferring, acquiring, retaining and possessing a biological agent, toxin, and delivery system for use as a weapon, or attempting or threatening to do so.

All in violation of Title 18, United States Code, Section 1038(a)(1).

## COUNT 2

On and between September 8, 2020, and September 14, 2020, the defendant, DAVID ANDREW COMBE, did knowingly and willfully deposit for conveyance in the mail and for delivery from a post office and by a letter carrier a letter, paper, writing, print, missive, and document containing a threat to take the life of and to inflict bodily harm upon the President of the United States, specifically, the defendant placed a letter in the U.S. Mail, addressed to the President of the United States that contained a white powder and stated in part, "PS: enjoy the anthrax in the envelope!!"

All in violation of Title 18, United States Code, Section 871.

## COUNT 3

On and between September 8, 2020, and September 14, 2020, the defendant, DAVID ANDREW COMBE, did knowingly and willfully deposit for conveyance in the mail and for delivery from a post office and by a letter carrier a letter, paper, writing, print, missive, and document containing a threat to take the life of and to inflict bodily harm upon the President of the United States, specifically, the defendant placed a letter in the U.S. Mail, addressed to the President of the United States that stated in part, "…I will hunt you down and kill you…"

///
///
///
///
///
///

All in violation of Title 18, United States Code, Section 871.

A TRUE BILL

S/
FOREPERSON OF THE GRAND JURY
Date: February 26, 2025

RACHEL C. HERNANDEZ
Acting United States Attorney
District of Arizona

S/
GLENN B. McCORMICK
Assistant U.S. Attorney

- 3 -

AO 442 (Rev. 11/11) Arrest Warrant (Page 1)

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br><br>David Andrew Combe<br>*Defendant* | 5:25-mj-48<br><br>Case No. CR-25-00301-001-PHX-SHD |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)* David Andrew Combe,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1038(a)(l) (False Information and Hoaxes)
18 U.S.C. § 871 (Threats Against the President)
18 U.S.C. § 871 (Threats Against the President)

*Issuing officer's signature*

City and state:   Phoenix, Arizona         Katlyn James, Deputy Clerk
**ISSUED ON 12:15 pm, Feb 27, 2025**         *Printed name and title*
**s/ Debra D. Lucas, Clerk**

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

---

cc: PTS

CC: USMS
jms

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                    Weight:

Sex:                                       Race:

Hair:                                      Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

U.S. Department of Justice  
United States Marshals Service

**PRISONER REMAND OR ORDER TO DELIVER AND RECEIPT FOR UNITED STATES PRISONERS**

**UNITED STATES MARSHAL**
**District of** _____

TO: _____ DATE: 3/12/25
*(Name & Title)*

THE FOLLOWING NAMED UNITED STATES PRISONER(S): ☐ are herewith remanded to your custody
☐ are to be delivered to representative presenting and signing this order

1) David Combe
2) _____
3) _____
4) _____
5) _____
6) _____

**RECEIPT**
THE ABOVE NAMED PRISONERS WERE RECEIVED:
BY: Mathew Johnson
TITLE: Sgt.
DISTRICT OR ORGANIZATION ADDRESS: PCJ

Steve Houghtaling, Acting
United States Marshal

Jon Runner, SDUSM
BY: Deputy United States Marshal

(PRIOR EDITIONS MAY BE USED)

Form USM-41
Rev. 11/83