# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# WESTERN DIVISION

Daneta Wollmann United States Magistrate Judge Presiding

| Courtroom Deputy - SC | Court Reporter – FTR |
|---|---|
| Courtroom - RC #2 | Date: March 14, 2025 |
| U.S. Probation Officer – Katie Brown | |

5:25-mj-00048-01

| United States of America | Ben Patterson |
|---|---|
| Plaintiff, | |
| vs. | |
| David Andrew Combe | Alecia Fuller |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 9:40 a.m.
TIME:

9:53 a.m.     Enter <u>initial appearance</u> before the Honorable Daneta Wollmann.

The Court notes the appearance of counsel. The defendant is present in custody. The defendant informed of his rights, the allegations against him, and the maximum possible penalties.

A financial affidavit has been executed and filed with the court.
The Court enters an **Oral order** appointing Alecia Fuller to represent the defendant.

Mr. Combe waives the identity hearing.

Ms. Fuller requests a continuance of the detention hearing.

The Court enters an order of temporary detention.

10:08 a.m.    Court is adjourned.