UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID ANDREW COMBE,<br><br>Defendant. | 5:25-MJ-00048-DW<br><br><br>ORDER FOR TEMPORARY DETENTION |

Defendant David Andrew Combe appeared before the court on Friday, March 14, 2025, for an initial appearance and arraignment on an indictment pending in this district.  The defendant appeared in person and by his counsel, the Assistant Federal Public Defender.  The United States appeared by Assistant United States Attorney.  At the hearing, defense counsel requested a continuance of the detention hearing pursuant to the Bail Reform Act, 18 U.S.C § 3142(f).  Good cause appearing, it is hereby

ORDERED that Mr. Combe shall be temporarily detained in the custody of the United States Marshals Service until he appears for his detention hearing on Wednesday, March 19, 2025, at 1:20 PM in Courtroom 2, 515 Ninth Street, Rapid City, South Dakota.

DATED this 14th day of March, 2025.

BY THE COURT:

DANETA WOLLMANN
United States Magistrate Judge